UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| James River Insurance Company,<br><br>Plaintiff,<br>v.<br><br>Paul W. Deck, Jr., Deck & Deck, LLP,<br>Sovereign Holdings, Inc.<br><br>Defendants. | Civil File No. 4:17-cv-04155<br><br>**JOINT MOTION TO DISMISS** |

COME NOW all parties, pursuant to Fed. R. Civ. P. Rule 41(a)(2), and jointly move the Court for an order dismissing without the imposition or assessment of costs, fees, or disbursements herein, this action and all claims asserted herein and providing that such dismissal shall be deemed with prejudice.

Dated:   April 25, 2019.        **MAY, ADAM, GERDES & THOMPSON LLP**

By: _____
   Douglas A. Abraham
   May, Adam, Gerdes & Thompson LLP
   Attorneys for Plaintiff
   503 South Pierre Street
   P.O. Box 160
   Pierre, South Dakota 57501-0160
   Telephone:
   Facsimile:
   daa@mayadam.net

and

Paulette S. Sarp, Reg. No. 351453
Hinshaw & Culbertson LLP
*Admitted Pro Hac Vice*
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
Telephone: (612) 333-3434
Facsimile: (612) 334-8888
psarp@hinshawlaw.com

**ATTORNEYS FOR PLAINTIFF JAMES RIVER INSURANCE COMPANY**

Dated: April \_\_\_\_, 2019                BALLARD SPAHR LLP


By:_____
    Daniel R. Fritz
    101 South Redi Street, Suite 302
    Sioux Falls, SD  57103-7030
    Telephone:  (605) 978-5205
    Facsimile:  (605) 978-5225
    fritzd@ballardspahr.com

and

Stephen J. O'Brien
Dentons US LLP
One Metropolitan Square, Suite 3000
St. Louis, MO  63102

**ATTORNEYS FOR DEFENDANT SOVEREIGN HOLDINGS, INC.**


Dated: April /9/R, 2019                **SCHAFFER LAW OFFICE, PROF. LLC**


By: /s/ Michael J. Schaffer
    Michael J. Schaffer
    412 West 9th Street, Suite 1
    Sioux Falls, SD  57104-3602
    Telephone:  (605) 274-6760
    Facsimile:  (605) 274-6764
    mikes@schafferlawoffice.com

**ATTORNEYS FOR DEFENDANTS PAUL W. DECK, JR. and DECK & DECK, LLP**

3

Dated: April 25, 2019

BALLARD SPAHR LLP

By: /s/ Daniel R. Fritz
Daniel R. Fritz
101 South Redi Street, Suite 302
Sioux Falls, SD 57103-7030
Telephone: (605) 978-5205
Facsimile: (605) 978-5225
fritzd@ballardspahr.com

and

Stephen J. O'Brien
Dentons US LLP
One Metropolitan Square, Suite 3000
St. Louis, MO 63102

**ATTORNEYS FOR DEFENDANT SOVEREIGN HOLDINGS, INC.**

Dated: April ____, 2019

SCHAFFER LAW OFFICE, PROF. LLC

By:_____
Michael J. Schaffer
412 West 9th Street, Suite 1
Sioux Falls, SD 57104-3602
Telephone: (605) 274-6760
Facsimile: (605) 274-6764
mikes@schafferlawoffice.com

**ATTORNEYS FOR DEFENDANTS PAUL W. DECK, JR. and DECK & DECK, LLP**

303553533v1 1000944