UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JAMES RIVER INSURANCE COMPANY, | \* | CIV 17-4155 |
| Plaintiff, | \* | |
| vs. | \* | JUDGMENT OF DISMISSAL |
| PAUL W. DECK, JR.; DECK & DECK, LLP; and SOVEREIGN HOLDINGS, INC., | \* | |
| Defendants. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Joint Motion to Dismiss, Doc. 52, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint against Defendants is dismissed on the merits, with prejudice, each party to bear his or its own costs and fees.

Dated this 26th day of April, 2019.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK